ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Research Analysis & Maintenance, Inc. | ) ASBCA No. 63259 |
| | ) |
| Under Contract No. W56KGY-16-C-0022 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Bob Waldron
                                                                  RAM Executive VP/COO

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
                                                                          Army Chief Trial Attorney
                                                                      MAJ James S. Kim, JA
                                                                      Dana J. Chase, Esq.
                                                                          Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 16, 2024

_____
DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63259, Appeal of Research Analysis & Maintenance, Inc., rendered in conformance with the Board's Charter.

Dated:  April 6, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals